| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) Middlebrooks, Donald M | 2. Court or Organization U.S.D.C.-S.D. FLA (WPB) | 3. Date of Report 7/15/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Ct. Judge-Active | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address 701 Clematis Street, Room 257 West Palm Beach, FL 33401 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner (22.5% Interest) | Lake Lucy Groves (Citrus Grove owned with ███████) |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 JUL 25 A 11:11 FINANCIAL DISCLOSURE OFFICE

<table>
<tr><td>

# FINANCIAL DISCLOSURE REPORT

</td><td>

Name of Person Reporting

Middlebrooks, Donald M

</td><td>

Date of Report

7/15/2005

</td></tr>
</table>

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | Lake Lucy Groves (Reported under VII | 0.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | Palm Beach County School Board - Salary |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Middlebrooks, Donald M | 7/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Lake Lucy Groves, Lake County, Florida - Appraised 10/1/92 | | None | N | Q | | | | | See Section VIII |
| 2. Coca Cola Common Stock | B | Dividend | N | T | Partial Sale | 4/2 | L | | |
| 3. Berkshire Hathaway Common Stock A | | None | O | T | Partial Sale | 4/2 | M | G | |
| 4. Berkshire Hathaway Common Stock B | | None | K | T | Buy | 6/16 | K | | |
| 5. | | None | | | Buy | 8/9 | K | | |
| 6. | | None | | | Buy | 10/21 | K | | |
| 7. Merck & Company Common Stock | B | Dividend | | | Sell | 4/2 | L | | |
| 8. Intel Corp. Common Stock | A | Dividend | | | Sell | 4/2 | K | | |
| 9. Exxon Corp. Common Stock | B | Dividend | | | Sell | 6/16 | G | D | |
| 10. Wachovia Common Stock (formerly First Union) | C | Dividend | L | T | Partial Sale | | K | K | |
| 11. Microsoft Corp. Common Stock | A | Dividend | | | Sell | 4/2 | L | | |
| 12. Davis N.Y. Venture Fund Class C | C | Dividend | K | T | | | | | |
| 13. U.S. Treasury Notes | C | Interest | L | T | | | | | |
| 14. Federal Home Loan Bank | D | Interest | N | T | | | | | |
| 15. Federal Nat. Mtg. Ass'n Med. Term Notes | C | Interest | L | T | | | | | |
| 16. Federal Farm Credit Bonds | C | Interest | L | T | | | | | |
| 17. .2279279% Int. in ▮▮▮▮▮ in Airport Ind. Pk. Orlando, | | None | K | Q | | | | | |
| 18. Northern Trust Checking Acct | A | Interest | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less, B = $1,001-$2,500, C = $2,501-$5,000, D = $5,001-$15,000, E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000, G = $100,001-$1,000,000, H1 = $1,000,001-$5,000,000, H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less, K = $15,001-$50,000, L = $50,001-$100,000, M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000, O = $500,001-$1,000,000, P1 = $1,000,001-$5,000,000, P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000, P4 = More than $50,000,000
3. Value Method Codes: Q = Appraisal, R = Cost (Real Estate Only), S = Assessment, T = Cash/Market
(See Column C2) U = Book Value, V = Other, W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Middlebrooks, Donald M | 7/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Northern Trust Money Fund | A | Interest | J | T | | | | | |
| 20. Holwood, Inc. | | None | K | W | | | | | See Section VIII |
| 21. Johnson & Johnson Common | A | Dividend | | | Sell | 4/2 | L | | |
| 22. Level 3 Communication Senior Notes | | None | | | Tender | 12/2 | J | C | |
| 23. Citibank, N.A. Bank Deposit Program (Cash) | A | Interest | K | T | | | | | |
| 24. Medco Health Sol. Common Stock | | None | J | | | | | | |
| 25. Pfizer | A | Dividend | L | T | Buy | 6/16 | L | | |
| 26. Level 3 Com., Inc. | | None | D | T | Buy | 5/7 | J | | |
| 27. | | None | | | Partial Sale | 7/29 | C | | |
| 28. | | None | | | Partial Sale | 10/21 | B | | |
| 29. I Shares Trust Lehman Tips Bond Fund | D | Dividend | L | T | Buy | 1/14 | L | | |
| 30. BundesObligation #13 DTD 8/22/2001 | C | Interest | L | T | Buy | 3/10 | L | | |
| 31. Canada Gov't CDN DTD 8/171998 | B | Interest | K | T | Buy | 3/10 | K | | |
| 32. CDN DTD 8/3/1999 | B | Interest | K | T | Buy | 4/12 | K | | |
| 33. BundesRepublic Deuts DTD 7/4/2003 | B | Interest | L | T | Buy | 4/8 | L | | |
| 34. US Tsy Inflation Index NTS DTD 1/15/2001 | B | Interest | M | T | Buy | 4/7 | M | | |
| 35. DTD 1/15/2004 | C | Interest | M | T | Buy | 4/7 | M | | |
| 36. Costco Wholesale Corp | | None | | | Partial Sale | 6/16 | K | B | ***SEE SECTION VIII |

1. Income Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Middlebrooks, Donald M | 7/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. | | None | | | Sell*** | 10/21 | J | B | *** SEE SECTION VIII |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Middlebrooks, Donald M | 7/15/2005 |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

Item Number

1. Appraisal Date 10/1/92

17. Appraisal Date 8/6/94. Please note. Although Lake Lucy Groves has never resulted in income in the past, I have been informed that there is a possibility that it will show a positive income for 2004. I cannot determine the income at this point as the tax returns are not yet completed. Should the grove show a positive income, I will file an amendment to this report immediately.

20. Previously disclosed shares in ███████corp given to ██████████ Timberland in Crawfordville, GA sole asset of corp.

36 & 37. These sharess were inadvertently omitted from last year's disclosure. They were acquired on November 12, 2003 at a purchase price of value "K."

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Middlebrooks, Donald M | 7/15/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____  Date_____ 7/15/05 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544